UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-62329-CIV-DIMITROULEAS

ALEXANDER MARIE CO. LTD., *et al.*,

     Plaintiffs,

v.

SEMPRE ITALIA, LLC, *et al.*,

     Defendants.

_____/

**ORDER TO SHOW CAUSE FOR FAILURE TO COMPLY WITH
RULE 4(M) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

THIS CAUSE is before the Court *sua sponte*.

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, a plaintiff must serve the summons and complaint on the defendant within 90 days after filing the complaint.  While service in a foreign country under Rule 4(f) is exempt from the Rule 4(m) time limit for service, the time allowable for accomplishing foreign service cannot be unlimited. *Mumford v. Carnival Corp.*, 5 F. Supp. 3d 1365, 1366 (S.D. Fla. 2014) (citing 12B *Fed. Practice & Procedure,* Civil Rules, Quick Reference Guide, at 79 (Thomson Reuters 2013)). "[D]istrict courts must retain the ability to control their dockets." *Id.* For this reason, some courts have conditioned the exemption of foreign service from Rule 4(m) on a showing of good faith effort to service the Defendant within the 90-day time period. *See Da v. Altafonte Corp.*, No. 20-CV-20997, 2020 WL 3078502, at *1 (S.D. Fla. June 10, 2020).

Plaintiffs' Complaint was filed on December 12, 2022, yet there is no indication that Plaintiffs have successfully served any of the remaining Defendants.

Accordingly, it is **ORDERED AND ADJUDGED** that on or before **March 28, 2023**,

Plaintiffs shall either perfect service upon Defendants, show that service has already been made, or show good cause why service has not been perfected.  Failure to timely respond will result in immediate dismissal of this action without prejudice.

      **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 14th day of March, 2023.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record