UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FORT LAUDERDALE DIVISION
CASE NO.: 22-cv-62329-WPD

ALEXANDER MARINE CO. LTD., a Corporation
organized and existing under the laws of Taiwan,
a/s/o FUBON INSURANCE, an Insurance
Carrier organized and existing under the Laws
of Taiwan as Lead Underwriters of All
Underwriters Subscribing to Policy of Insurance
No. 0021MCNBKF0003 and ALEXANDER MARINE
USA, INC., a Corporation Organized and existing under
the Laws of Washington State,

    Plaintiffs,

vs.

SEMPRE ITALIA, LLC d/b/a SILENT YACHTS
NORTH AMERICA, a Florida LLC, CROSS
CHARTERING NV, a Foreign Corporation, BRIESE
SCHIFFAHRTS GMBH & CO. KG MS "DORENBERG"
a Foreign Corporation, and the m/v BBC VIRGINIA,
*in rem*,

    Defendants.
_____/

## RESPONSE TO ORDER TO SHOW CAUSE [DE 10]

    Plaintiffs, ALEXANDER MARINE CO. LTD. a/s/o FUBON INSURANCE and ALEXANDER MARINE USA, INC., by and through their undersigned counsel and pursuant to the Order of this Honorable Court [DE 10], hereby file this their Response to this Honorable Courts Order to Show Cause:

    1.    As set forth in the Plaintiffs' Motion to Stay these Proceedings, the Parties are presently in dispute about the applicable law and forum for resolution of this dispute.

2. As the parties have submitted to the jurisdiction of the Antwerp Court of Enterprises for an initial determination on jurisdiction to take place in or around late April 2023, the Plaintiff requires additional time to determine whether it should proceed with effecting service on the Defendants in this Court or in the Antwerp proceedings.

3. Accordingly, the Plaintiff's respectfully request that this Honorable Court enter an Order staying these proceedings pending the initial determination on jurisdiction by the Antwerp Court of Enterprises and extending the time to affect service until ninety (90) days thereafter.

4. The Plaintiffs agree to promptly file a Status Report advising of any updates on the status of this determination and notify the Court as soon as a determination has been made.

Dated this 27th day of March 2023.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 27, 2023, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.

> Campbell Johnston Clark, LLP
> 2600 Douglas Road
> Suite 508
> Coral Gables, FL  33134
> Tel. : 786-204-3784
> Email: neil@cjclaw.com
> Email: chase@cjclaw.com
> Email: cindy@cjclaw.com
>
> By:  ___/s/  Neil  Bayer_____
>         Neil Bayer, Esq.
>         Fla. Bar No.: 615684
>
>         Chase Alexandra Jansson, Esq.
>         Fla. Bar No.: 1002265